IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL ACTION NO. 2:07CR191

DONALD S. KNIGHT

**ORDER**

This cause is before the Court on the defendant's Motion for Reconsideration [12]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied. Defendant urges this Court to reduce his sentence to a period of home detention or probation. The sole ground pressed for defendant's motion to reconsider the sentence imposed in this case is that of enabling restitution. The Court fully considered each of the relevant sentencing factors enumerated in 18 U.S.C. § 3553(a) and concluded that a sentence within the recommended guidelines range was appropriate because defendant's case fell within the heartland of cases. As a further matter, insofar as specifically concerns § 3553(a)(7), defendant has demonstrated neither a special need for restitution on the part of the victim nor extraordinary restitution as evidenced by the authorities cited in his motion. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for Reconsideration [12] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 30th day of December, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE